**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,            :
                                     :
                Government,   :   24 CR. 602 (RMB)
                                     :
  - against -                       :   **ORDER**
                                     :
                                     :
GILBERT ORTIZ,                       :
                                     :
                Defendant.    :
-------------------------------------------------------------x

      The arraignment scheduled for Tuesday, November 12, 2024 at 12:30 P.M. will take place in Courtroom 17B.

Dated: November 6, 2024
      New York, NY

                                                 *Richard M. Berman*
                                                 RICHARD M. BERMAN
                                                       U.S.D.J.