**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                                                        :
                        Government,    :    24 CR. 602 (RMB)
                                                                        :
        - against -                              :    **ORDER**
                                                                        :
                                                                        :
GILBERT ORTIZ,                                          :
                                                                        :
                       Defendant.          :
---------------------------------------------------------------x

The status conference scheduled for Tuesday, January 7, 2025 at 12:00 P.M. will take place in Courtroom 17B.

Dated: December 18, 2024
       New York, NY

                                                 RICHARD M. BERMAN
                                                       U.S.D.J.