**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                       :
                                                :
                     Government,              :       24 CR. 602 (RMB)
                                                :
     - against -                              :       **ORDER**
                                                :
                                                :
GILBERT ORTIZ,                                  :
                                                :
                     Defendant.               :
-------------------------------------------------------------x

       The status conference scheduled for Wednesday, February 26, 2025 at 12:00 P.M. will take place in Courtroom 17B.


Dated: February 19, 2025
       New York, NY

                                                            _____
                                                               RICHARD M. BERMAN
                                                                    U.S.D.J.