**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
UNITED STATES OF AMERICA,  :

                    Government,  :  24 CR. 602 (RMB)

   - against -  :  **ORDER**

GILBERT ORTIZ,  :

                    Defendant.  :
---------------------------------------------------------------x

       The bail review hearing scheduled for Wednesday, July 30, 2025 at 9:00 A.M. will take place in Courtroom 17B.

Dated: July 7, 2025
       New York, NY

                                _____
                                   RICHARD M. BERMAN
                                       U.S.D.J.