**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                                                         :
                               Government,       :        24 CR. 602 (RMB)
                                                                         :
            - against -                                  :        **ORDER**
                                                                         :
                                                                         :
GILBERT ORTIZ,                                      :
                                                                         :
                               Defendant.         :
-------------------------------------------------------------x

The status conference scheduled for Wednesday, August 20, 2025 at 11:00 A.M. will take place in Courtroom 17B.

Dated: August 13, 2025
            New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.