**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
UNITED STATES OF AMERICA,      :

                        Government,     :    24 CR. 602 (RMB)

      - against -                    :    **ORDER**

GILBERT ORTIZ,                        :

                       Defendant.      :
-------------------------------------------------------------x

The status conference scheduled for Wednesday, October 1, 2025 at 12:00 P.M. will take place in Courtroom 17B.

Dated: September 24, 2025
       New York, NY

                                                                   RICHARD M. BERMAN
                                                                        U.S.D.J.