**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                    Government,              :        24 CR. 602 (RMB)
                                             :
            - against -                      :        **ORDER**
                                             :
                                             :
GILBERT ORTIZ,                               :
                                             :
                    Defendant.               :
-------------------------------------------------------------x

The plea hearing scheduled for Tuesday, December 9, 2025 at 2:30 P.M. will take place in Courtroom 17B.

Dated: December 3, 2025
        New York, NY


_____
        RICHARD M. BERMAN
             U.S.D.J.