UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GILBERT ORTIZ,<br><br>Defendant. | **ORDER**<br><br>24 Cr. 602 (RMB) |

WHEREAS, with the defendant's consent, the defendant's guilty plea allocution was made before United States Magistrate Judge Gary Stein on December 19, 2025;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted;

IT IS HEREBY FURTHER ORDERED that the defendant will be sentenced on May 5, 2026 at 10:00 am in courtroom 17B; the defense sentence submission is due April 20, 2026; the Government sentence submission is due April 27, 2026.

**SO ORDERED:**

Dated: New York, New York
      January 7, 2026

*RMB*

THE HONORABLE RICHARD M. BERMAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK