**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :

                  Government,          :          24 CR. 602 (RMB)

        - against -                         :          **ORDER**

                        :

GILBERT ORTIZ,                                       :

                 Defendant.           :
------------------------------------------------------------------x

      The Court will hold a conference on Tuesday, April 15, 2026 at 10:00 A.M. in Courtroom 17B.

Dated: March 26, 2026
     New York, NY

                                             RICHARD M. BERMAN
                                              U.S.D.J.