# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

April 7, 2026

**MEMO ENDORSED**

**By ECF**
Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Gilbert Ortiz**
      **24 Cr. 602 (RMB)**

Dear Judge Berman,

      I write to respectfully request a two-week adjournment of the conference scheduled for Wednesday, April 15, at 10:00am, in the above-captioned case. My colleague Michael Rooney, who has served as counsel for Mr. Ortiz since February 2025, is departing the Federal Defenders of New York this Friday, April 10. I will be representing Mr. Ortiz going forward and am in the process of familiarizing myself with the history and facts of this case. The requested adjournment is needed to enable me to familiarize myself with the case and prepare for the conference, given my existing client obligations.

      The government, by Assistant United States Attorney Getzy Berger, consents to this application.

      Thank you for your consideration.

The conference scheduled for Wednesday, April 15, 2026 at 10 a.m. is adjourned to Tuesday, April 21, 2026 at 1 p.m.

SO ORDERED:
Date: 4/8/26

Richard M. Berman, U.S.D.J.

Respectfully submitted,

*/s/ Madeline Silva*

Madeline Silva
Counsel for Mr. Ortiz

cc:   Counsel of record (by ECF)