**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
UNITED STATES OF AMERICA,    :
             :
       Government,  :   24 Cr. 602 (RMB)
             :
  - against -      :   **ORDER**
             :
             :
GILBERT ORTIZ,       :
             :
       Defendant.  :
----------------------------------------------------------------x

   The status conference scheduled for April 21, 2026 at 1:00 P.M. will take place in Courtroom 17B.

Dated: April 17, 2026
   New York, NY

                 _____
                   **RICHARD M. BERMAN**
                     **U.S.D.J.**