**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                      Government,        :         24 Cr. 602 (RMB)
                                             :
     - against -                            :         **ORDER**
                                             :
                                             :
GILBERT ORTIZ,                               :
                                             :
                      Defendant.        :
-------------------------------------------------------------x


      The sentencing scheduled for April 29, 2026 at 11:00 A.M. will take place in

Courtroom 17B.


Dated: April 24, 2026
      New York, NY


                                 **RICHARD M. BERMAN**
                                   **U.S.D.J.**